FRED NORTON (CA SBN 224725)
fnorton@nortonlaw.com
BREE HANN (CA SBN 215695)
bhann@nortonlaw.com
NATHAN WALKER (CA SBN 206128)
nwalker@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 200
Oakland, CA 94607
Telephone: (510) 906-4900

Attorneys for Plaintiffs
ORACLE AMERICA, INC. and
ORACLE INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>NEC CORPORATION OF AMERICA, a Nevada corporation,<br><br>    Defendant. | Case No. 21-cv-05270-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO: (1) DISMISS COUNTERCLAIMS PURSUANT TO RULE 12(B)(6), AND (2) STRIKE AFFIRMATIVE DEFENSES PURSUANT TO RULE 12(F)**<br><br>Date:    October 28, 2021<br>Time:    10:00 a.m.<br>Judge:   Hon. Charles R. Breyer |

Having considered Plaintiffs' Motion to Dismiss Counterclaims Pursuant to Rule 12(b)(6) and Strike Affirmative Defenses Pursuant to Rule 12(f) (the "Motion"), and the other papers submitted by the parties, hearing the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

- Plaintiffs' Motion is GRANTED;
- Defendant NEC Corporation of America's counterclaims Nos. 1, 2, and 3 are dismissed; and
- Defendant NEC Corporation of America's affirmative defense Nos. 3 and 4 are stricken.

IT IS SO ORDERED.

Dated: _____                    _____
                                                  The Honorable Charles R. Breyer
                                                  United States District Judge