| | |
|---|---|
| 1 | FRED NORTON (CA SBN 224725) |
| 2 | fnorton@nortonlaw.com<br>BREE HANN (CA SBN 215695) |
| 3 | bhann@nortonlaw.com<br>NATHAN WALKER (CA SBN 206128) |
| 4 | nwalker@nortonlaw.com<br>THE NORTON LAW FIRM PC |
| 5 | 299 Third Street, Suite 200<br>Oakland, CA 94607 |
| 6 | Telephone: (510) 906-4900 |
| 7 | Attorneys for Plaintiffs |
| 8 | ORACLE AMERICA, INC. and<br>ORACLE INTERNATIONAL CORPORATION |
| 9 | *Additional counsel listed on signature page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE AMERICA, INC., a Delaware corporation and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>NEC CORPORATION OF AMERICA, a Nevada corporation,<br><br>Defendant. | Case No. 21-CV-05270-CRB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** : ORDER<br><br>Judge:  Hon. Charles R. Breyer |
| NEC CORPORATION OF AMERICA, a Nevada corporation,<br><br>Counterclaim Plaintiff,<br>v.<br><br>ORACLE AMERICA, INC., a Delaware corporation and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Counterclaim Defendants. | |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiffs Oracle America, Inc. and Oracle International Corporation Oracle America, Inc. (collectively, "Oracle") and Defendant NEC Corporation of America ("NECAM") that this action, including all claims and counterclaims asserted in it, shall be dismissed in its entirety with prejudice.

By his signature below, counsel for Oracle hereby attests that all parties listed below concur in the filing of this document.

Dated: February 28, 2022

Respectfully submitted,

THE NORTON LAW FIRM PC

By: */s/ Nathan Walker*
Nathan Walker
Attorneys for Plaintiffs
ORACLE AMERICA, INC. and
ORACLE INTERNATIONAL CORPORATION

Dated: February 28, 2022

Respectfully submitted,

Chen Leftwich LLP

By: */s/ Li Chen*
Li Chen
Kristoffer Leftwich
Attorneys for Defendant
NEC CORPORATION OF AMERICA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  March 1, 2022

CHARLES R. BREYER
United State District Judge